THE TOWN OF FAIR HAVEN v. Robert VAN GUILDER and Joan Van Guilder, No. 316-75

April 16, 1976. The parties having orally conceded that as of July 1, 1976, the issues here will be moot in view of No. 236 of the

Acts of 1976, injunction dated October 30, 1975, is dissolved as of July 1, 1976.